# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4438
_____

KANDACE DURAND,

Appellant,

v.

JUSTIN WILSON,

Appellee.

_____

On appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

September 5, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kandace Durand, pro se, Appellant.

Andrew J. Chmelir of Jacobson, Chmelir & Ferwerda, Winter Springs, for Appellee.